UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC OSTERGREN,

    Plaintiff,

v.

HEATHER S. FRICK,

    Defendant.

_____/

Case No. 1:19-cv-139

HON. JANET T. NEFF

**ORDER**

    The Court conducted a Status Conference with counsel on the record on August 13, 2019 to discuss the topics delineated in the parties' July 2, 2019 Joint Notice (ECF No. 27), including the import of the June 11, 2019 decision of the Michigan Tax Commission relevant to the Michigan Certified Assessing Officer (MCAO) Non-Disclosure Agreement.  On July 2, 2019, Plaintiff also filed a Motion to Substitute Party (ECF No. 29), to which Defendant filed a response (ECF No. 33).  Consistent with the discussion and rulings on the record, including the parties' voluntary consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of final judgment:

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Party (ECF No. 29) is GRANTED for the reasons stated on the record, and Plaintiff shall, <u>not later than August 20, 2019</u>, file a Second Amended Complaint that (a) removes the Class Allegations and (b) adds the new Executive Director as a defendant.

    **IT IS FURTHER ORDERED** that the referenced case is hereby referred to Magistrate Judge Ellen S. Carmody, U.S. District Court, 664 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for all further proceedings and the entry of judgment in accordance with

28 U.S.C. § 636(c), FED. R. CIV. P. 73, and the foregoing agreement of counsel.  Any appeal shall be taken to the United States Court of Appeals for this Circuit, in accordance with 28 U.S.C. § 636(c), FED. R. CIV. P. 73(c).

Dated:  August 13, 2019 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge