UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC OSTERGREN,

       Plaintiff,                             Case No. 1:19–cv–139

v.

HEATHER S. FRICK, et al.,

       Defendants.
_____/

## NOTICE REGARDING REASSIGNMENT

      NOTICE is hereby given that matters that were previously assigned or referred to Magistrate Judge Ellen S. Carmody in this case have been reassigned to Magistrate Judge Sally J. Berens under Administrative Order No. 19–CA–093. Unless notified otherwise under separate notification, all current deadlines and any scheduled hearings will remain as previously scheduled.

                                                THOMAS L. DORWIN
                                                CLERK OF COURT

Dated:  November 4, 2019        By:   /s/ Kelly R. Van Dyke_____
                                                     Deputy Clerk